**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLARENCE PEOPLES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Civ. Action No. 09-27 (RJL) |
| | ) |
| JOHN E. POTTER, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**
(October **7**, 2009) [# 12]

Plaintiff, Clarence Peoples,[1] brought this action against defendants, John Potter and

Alexander Lazaroff, seeking damages for alleged race-based employment discrimination.

Presently before the Court is defendants' Motion to Dismiss claiming that Peoples has failed

to exhaust his administrative remedies. For the following reasons, the Court GRANTS

defendants' motion.

Local Rule of Civil Procedure 7(b) provides that an opposing party has 11 days to file

a memorandum in opposition to the motion and if such party fails to do so, the court may

treat the motion as conceded. LCvR. 7(b). This rule is a "docket-management tool that

facilitates efficient and effective resolution of motions by requiring the prompt joining of

issues." *Fox v. American Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004). In *Fox*, the

D.C. Circuit affirmed the District Court's holding that "because the plaintiffs failed to

---

[1] A second plaintiff, Hallad Little, stipulated to dismissal of his case with prejudice on April 10, 2009 [# 11].

respond to the defendant's...motion, the court treats the motion as conceded and grants the motion." *Id.* (citations omitted). Whether to treat the motion as conceded under Local Rule of Civil Procedure 7(b) is highly discretionary; and our Circuit Court has noted that "where the district court relies on the absence of a response as a basis for treating the motion as conceded, [the D.C. Circuit will] honor its enforcement of the rule." *Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997).

In light of the fact that plaintiff failed to file an opposition to defendants' motion to dismiss, even when the Court issued an Order requiring the plaintiff to do so or face the consequences of it being treated as conceded, [# 13], the Court will treat defendants' motion as conceded. LCvR 7(b). Therefore, in light of the plaintiff's concession and based on a review of the pleadings, the relevant law cited therein, and the record, it is hereby

**ORDERED** that defendants' Motion to Dismiss [# 12] is GRANTED, and it is further

**ORDERED** that judgment be entered in favor of the defendants. This is a final appealable Order.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge